## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )
                               )
       v.                      )      Criminal Action No. 13- 6 2 - UNA
                               )
MICHAEL A. STORTINI,           )
                               )
            Defendant.         )


## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until further notice by the government.

                           Respectfully submitted,

                           CHARLES M. OBERLY, III
                           United States Attorney


                           By:_____
                              Shawn A. Weede
                              Assistant United States Attorney

Dated:   June 13, 2013

**AND NOW**, to wit, this _____13_____ day of ___June_____, 2012, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further notice by the government.

                           _____
                           United States Magistrate Judge