# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 13- 62. VNA |
| | ) | |
| MICHAEL A. STORTINI, | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

**REDACTED**

The Grand Jury for the District of Delaware charges that:

### COUNTS 1-5

From on or about July 31, 2009, and continuing to on or about June 1, 2013, in the State and District of Delaware, the defendant, MICHAEL A. STORTINI, did willfully fail to collect and truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld and Federal Insurance Contributions Act ("FICA") taxes due and owing to the United States on behalf of Frank Robino Companies, LLC, and its employees, for each of the following quarters, with each calendar quarter constituting a separate count of this Indictment:

| | |
|---|---|
| **Count 1** | **Second quarter of 2009** |
| **Count 2** | **Third quarter of 2009** |
| **Count 3** | **Fourth quarter of 2009** |
| **Count 4** | **First quarter of 2010** |
| **Count 5** | **Second quarter of 2010** |

Each of these counts is a separate violation of Title 26, United States Code, Section 7202.

**FILED**

**JUN 1 3 2013**

**U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## COUNTS 6-7

From on or about October 31, 2010, and continuing to on or about June 1, 2013, in the State and District of Delaware, the defendant, MICHAEL A. STORTINI, did willfully fail to collect and truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld and FICA taxes due and owing to the United States on behalf of RSSI Asset Management ("RSSIAM"), LLC, and its employees, for each of the following quarters, with each calendar quarter constituting a separate count of this Indictment:

| Count 6 | Third quarter of 2010 |
|---------|-----------------------|
| Count 7 | Fourth quarter of 2010 |

Each of these counts is a separate violation of Title 26, United States Code, Section 7202.

## COUNTS 8-16

From on or about May 6, 2009, and continuing to on or about May 26, 2009, in the State and District of Delaware, the defendant, MICHAEL A. STORTINI, did embezzle, steal and unlawfully and willfully abstract and convert to his use and the use of another moneys, funds, securities, premiums, credits, property and other assets of the Frank Robino Companies, LLC 401(k) Plan ("the Plan"), an employee pension benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974, and of a fund connected with the Plan, for each of the following dates and amounts, with each offense constituting a separate count of this Indictment:

2

| Count 8 | May 6, 2009 | $129,000 |
| Count 9 | May 7, 2009 | $112,000 |
| Count 10 | May 8, 2009 | $34,000 |
| Count 11 | May 11, 2009 | $11,000 |
| Count 12 | May 11, 2009 | $107,000 |
| Count 13 | May 15, 2009 | $48,500 |
| Count 14 | May 19, 2009 | $90,000 |
| Count 15 | May 19, 2009 | $41,000 |
| Count 16 | May 26, 2009 | $34,000 |

Each of these counts is a separate violation of Title 18, United States Code, Section 664.

A TRUE BILL:

_____
Foreperson

CHARLES M. OBERLY, III
United States Attorney

BY:    _____
Shawn A. Weede
Assistant United States Attorney

Dated: June 13, 2013

3