## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 13- 62-UNA |
| ) | |
| MICHAEL A. STORTINI, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Michael A. Stortini, pursuant to an Indictment filed against him on June 13, 2013.

CHARLES M. OBERLY, III
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: June 13, 2013

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 13- 62-UNA |
| MICHAEL A. STORTINI, | ) |
| Defendant. | ) |

### ORDER

**AND NOW**, this ___13___ day of ___June___, 2013, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Michael A. Stortini.

Honorable MARY PAT THYNGE
United States Magistrate Judge