UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. **CR 13-62-UNA** |
| ) | |
| **MICHAEL A. STORTINI** ) | |
| ) | |
| Defendant. ) | |

### O R D E R

This **19ᵀᴴ** day of **JUNE**, 2013, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within thirty (30) days, that is on or before **JULY 22, 2013**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned. The time between the date of this order and **JULY 22, 2013** shall be excludable under the Speedy Trial Act ( 18 U.S.C. Sec. 3161, et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney