AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| | |
|---|---|
| United States of America<br>v.<br>__MICHAEL A. STORTINI__<br>*Defendant* | )<br>)<br>) Case No. CR 13-62-UNA<br>)<br>) |

**ARREST WARRANT**

SEALED

UNSEALED 6/19/13

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __MICHAEL A. STORTINI__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

26:7202 - WILLFUL FAILURE TO PAY OVER TAX - ( COUNTS I THRU VII );

18:664 - EMBEZZLEMENT FROM ERISA PLAN - ( COUNTS VIII TO XVI )

Date: 06/13/2013

BY: _____ DEPUTY CLERK
*Issuing officer's signature*

City and state: WILMINGTON, DE

JOHN A. CERINO; CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 6/18/13, and the person was arrested on *(date)* 6/19/13
at *(city and state)* _____

Date: 6/19/13

_____
*Arresting officer's signature*

Alison WELCH Special Agent
*Printed name and title*