IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 13-62(RGA) |
| | : |
| MICHAEL STORTINI | : |

## ORDER

AND NOW, this 9th day of December, 2014, upon consideration of the parties' Joint Motion to Amend Judgment, it is HEREBY ORDERED that the Motion is GRANTED.

The Judgment in a Criminal Case for the above-referenced defendant is hereby amended to name Metro Benefits as the restitution payee for Count Eight, and to modify the amount of the restitution judgment for Count Eight to $466,945.96.

Honorable Richard G. Andrews
United States District Judge